ASPEX EYEWEAR, INC., Manhattan Design Studio, Inc., Contour Optik, Inc., and Asahi Optical Co., Ltd., Plaintiffs–Appellants,

v.

MIRACLE OPTICS, INC., Defendant–Appellee.

Aspex Eyewear, Inc., Manhattan Design Studio, Inc., Contour Optik, Inc., and Asahi Optical Co., Ltd., Plaintiffs–Appellees,

v.

Miracle Optics, Inc., Defendant–Appellant.

Nos. 04–1138, 04–1182.

United States Court of Appeals, Federal Circuit.

DECIDED: April 20, 2004.

Michael A. Nicodema, Principal Attorney, Barry J. Schindler, of Counsel, Greenberg Traurig, New York, NY, for Plaintiffs–Appellants.

Jeffrey A. Schwab, Principal Attorney, Michael Aschen, of Counsel, Abelman, Frayne, New York, NY, David B. Abel, Mark N. Hurvitz, of Counsel, Squire, Sanders, Los Angeles, CA, for Defendant–Cross Appellant.

SCHALL, Circuit Judge.

*ORDER*

Miracle Optics, Inc. responds to this court's March 10, 2004 order regarding its cross-appeal and moves for an extension of time, until June 4, 2004, to file its brief in 04–1138.

In response to this court's order regarding its cross-appeal, Miracle Optics moves to withdraw its cross-appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Miracle Optics' cross-appeal, 04–1182, is dismissed. Each side shall bear its own costs with regard to 04–1182.

(2) Miracle Optics' motion for an extension of time is granted.